UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-1913(JMR/JGL)

Irwin Michael Brody

v.

United States of America

ORDER

Based upon the findings of fact, conclusions of law, all the files and records, and Recommendation by United States Magistrate Judge Jonathan Lebedoff, dated August 17, 2000, and no objections having been filed to said Recommendation, IT IS ORDERED that:

Petitioner's action be immediately transferred to the United States District Court for the District of Nevada.

Dated: September 26, 2000

JAMES M. ROSENBAUM
United States District Judge

FILED SEP 27 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK